IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON, ) | No. C 14-1269 LHK (PR) |
| Plaintiff, ) | ORDER OF TRANSFER |
| vs. ) | |
| ROXANNE SANDERS, M.D., et al., ) | |
| Defendants. ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. The acts of which plaintiff complains occurred at California Medical Facility in Vacaville, California. Vacaville is found within the county of Solano, which located in the Eastern District of California. Therefore, venue properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED:  4/23/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Transfer
P:\PRO-SE\LHK\CR.14\Anderson269trans.wpd